CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KIMBERLY M. FRAYN
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6378
Kimberly.Frayn@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00352-JCM-EJY |
| Plaintiff, | |
| v. | Motion to Unseal Case |
| MIGUEL LOPEZ-ALVAREZ, | |
| Defendant. | |

The United States of America, by and through its attorneys, Christopher Chiou, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about March 5, 2021, the defendant pleaded guilty to a Criminal Information charging him with a violation of 8 U.S.C. § 1326, Deported Alien Found in the United States. He was sentenced on that same date.

2. This case was initially sealed before the Magistrate Court prior to the defendant's initial appearance on a Criminal Complaint and was again sealed when set

before this Court. However, the defendant is aware of the charges, having pleaded guilty to them. It is therefore no longer required that this matter be designated as sealed.

3. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is no longer necessary.

**DATED** this 16th day of March, 2021.

        Respectfully,

        CHRISTOPHER CHIOU
        Acting United States Attorney

        *//s//Kimberly M. Frayn*
        _____

        KIMBERLY M. FRAYN
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MIGUEL LOPEZ-ALVAREZ,<br><br>  Defendant. | Case No. 2:20-cr-00352-JCM-EJY<br><br>Order Unsealing Case |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Miguel Lopez-Alvarez,* is unsealed.

DATED March 17, 2021.

By the Court:

_____
Hon. James C. Mahan
United States District Judge